In the Matter of HEIDIE TUXEDOS & FORMALS, INC., Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents. [638 NYS2d 376] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: The determination of respondent New York State Division of Human Rights that petitioner committed an unlawful discriminatory practice by terminating complainant from employment because of her gender and gender-specific disability (pregnancy) is supported by substantial evidence *(see, Matter of Consolidated Edison Co. v New York State Div. of Human Rights, 77 NY2d 411, 417, rearg denied 78 NY2d 909; 300 Gramatan Ave. Assocs. v State Div. of Human Rights, 45 NY2d 176, 179-180).* The award of $10,000 as compensatory damages for mental anguish is supported by the record and is not excessive *(see, Matter of City of Fulton v New York State Div. of Human Rights, 221 AD2d 971; Matter of Laverack & Haines v New York State Div. of Human Rights, 217 AD2d 955; Matter of New York State Dept. of Correctional Servs. v State Div. of Hu-*

*man Rights,* 207 AD2d 585, 585-586; *Matter of Marcellus Volunteer Fire Dept. v Stock,* 155 AD2d 982). (Executive Law § 298 Proceeding Transferred by Order of Supreme Court, Erie County, Glownia, J.) Present—Green, J. P., Pine, Callahan and Boehm, JJ.